**EXHIBIT 1**

Int. Cl.: 5

Prior U.S. Cls.: 6, 18, 44, 46, 51, and 52

**United States Patent and Trademark Office**

Reg. No. 3,303,370
Registered Oct. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER

## ADVOCARE SPARK

ADVOCARE INTERNATIONAL, L.P. (DELAWARE LIMITED PARTNERSHIP)
2727 REALTY ROAD, SUITE 134
CARROLLTON, TX 75006

FOR: NUTRITIONAL DIETARY SUPPLEMENT IN THE FORM OF A POWDERED DRINK MIX, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 4-0-2004; IN COMMERCE 4-0-2004.

OWNER OF U.S. REG. NOS. 1,959,765 AND 2,215,866.

SN 78-296,802, FILED 9-5-2003.

JOHN GARTNER, EXAMINING ATTORNEY