Jeffrey J. Hunt (5855)
D. Craig Parry (7274)
Mary Ann C. May (13296)
PARR BROWN GEE & LOVELESS
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
jhunt@parrbrown.com
cparry@parrbrown.com
mmay@parrbrown.com

T. Lee Wilkins (Admitted Pro Hac Vice)
Christopher Elam (Admitted Pro Hac Vice)
Lee Michael Kirner (Admitted Pro Hac Vice)
CANTEY HANGER L.L.P.
1999 Bryan Street, Suite 3300
Dallas, Texas 75201
Telephone: (214) 978-4100
Facsimile: (214) 978-4150
lwilkins@canteyhanger.com
celam@canteyhanger.com
lkirner@canteyhanger.com

*Attorneys for Defendant and Counterclaimant AdvoCare International, LP*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| LIMITLESS WORLDWIDE, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>ADVOCARE INTERNATIONAL, LP,<br><br>    Defendant. | **STIPULATION TO CONSENT JUDGMENT AND ORDER**<br><br>Case No. 2:13-cv-00040<br><br>Judge Ted Stewart |

Plaintiff Limitless Worldwide, LLC ("Limitless") and Defendant AdvoCare International, LP ("AdvoCare") hereby jointly move the Court to enter the Consent Judgment and Order in the form submitted simultaneously herewith.

DATED this 21st day of July, 2014.

PARR BROWN GEE & LOVELESS

/s/ D. Craig Parry
D. Craig Parry
*Attorneys for AdvoCare International, LP*

PRICE PARKINSON & KERR, PLLC

/s/ Mark J. Williams
Mark J. Williams
*Attorneys for Limitless Worldwide, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2014, a true and correct copy of the foregoing **STIPULATION TO CONSENT JUDGMENT AND ORDER** was served via the Court's CM/ECF system, providing electronic service on the following:

>Mark J. Williams markwilliams@ppktrial.com
>David R. Parkinson davidparkinson@ppktrial.com
>PRICE PARKINSON & KERR, PLLC
>5742 West Harold Gatty Drive
>Salt Lake City, UT  84116

>/s/ D. Craig Parry